| | |
|---|---|
| Probation Form No. 35 <br> (1/92) | Report and Order Terminating Probation / <br> Supervised Release <br> Prior to Original Expiration Date |

### UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

          v.          Docket No. 0208 1:15CR00607(JPC)

Dante Rodgers

On June 16, 2020, the above named was placed on Supervised Release for a period of 60 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Dante Rodgers be discharged from Supervised Release.

Respectfully submitted,

by _____
David T. Mulcahy
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  26th  day of  Febraury , 20 24 .

_____
Honorable John P. Cronan
U.S. District Judge